USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAMAR BROWN, *on behalf of himself and all others similarly situated*,

                           Plaintiff,

            -against-

PLAY THE GAME, READ THE STORY, LLC,

                         Defendant.
------------------------------------------------------------X

1:23-cv-1513-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       In the Court's order dated February 27, 2023, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than May 23, 2023. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's February 27, 2023 order forthwith and in any event no later than May 26, 2023.

       SO ORDERED.

Dated: May 25, 2023
New York, New York

                                                GREGORY H. WOODS
                                        United States District Judge