

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

## MEMORANDUM ENDORSED

<u>VIA ECF</u>
Honorable Judge Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 29, 2023

May 26, 2023

Re:    *1:23-cv-01513-GHW Brown v. Play The Game, Read The Story, LLC*
<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Woods:

    Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference, currently scheduled for May 30, 2023. Defendant only recently retained counsel and the parties request additional time to connect substantively on the matter. Plaintiff proposes a new date of July 7, 2023, or a date more convenient to the Court. This is the first time this relief is being requested and both Parties consent.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Cc: Terry Kirwan, Esq.

---

Application granted.  The initial pretrial conference scheduled for May 30, 2023, is adjourned to July 10, 2023, at 2:00 p.m., and will be conducted by telephone. The joint status letter and proposed case management plan described in the Court's February 27, 2023 order are due no later than July 3, 2023.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.
Dated:  May 29, 2023

_____
GREGORY H. WOODS
United States District Judge

