```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                              :

LAMAR BROWN, *on behalf of himself and all others similarly situated*,     :

                                                      Plaintiff,     :    1:23-cv-1513-GHW

                                                                                :    <u>ORDER</u>

                                          -v -                                    :

PLAY THE GAME, READ THE STORY, LLC,    :

                                                    Defendant.     :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The initial pretrial conference scheduled for July 10, 2023, will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

       SO ORDERED.

Dated: July 6, 2023
       New York, New York

                                                                                       _____
                                                                                                 GREGORY H. WOODS
                                                                                    United States District Judge